IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS THOMAS,  :  <br>  :  <br> Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> CORNERSTONE NATIONAL  :  <br> INSURANCE COMPANY,  :  <br>  :  <br> Defendant/Third-Party  :  <br> Plaintiff,  :  <br> v.  :  <br>  :  <br> FANTA MICHELLE SMALLS,  :  <br> Individually And As Administrator  :  <br> Of The Estate Of Bryan M. Jones  :  <br>  :  <br> Third-Party Defendant.  :  | CIVIL ACTION FILE <br> NO. 1:14-CV-01347-MHS |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and (c), Plaintiff Nicholas Thomas, Defendant/Third-Party Plaintiff Cornerstone National Insurance Company, and Third-Party Defendant Fanta Michelle Smalls, Individually and as Administrator of the Estate of Bryan M. Jones, hereby stipulate to the dismissal with prejudice of the above-styled action (including both Plaintiff's action and the third-party action), with each party bearing its own attorneys' fees and costs.

[Signatures on following page]

11154375v.1

Jointly submitted, this 10th day of November, 2014.

| **HAWKINS PARNELL THACKSTON & YOUNG, LLP** | **SLAPPEY & SADD** |
|---|---|
| /s/ Brian W. Sprinkle<br>Michael J. Goldman<br>Georgia Bar No. 300100<br>Brian W. Sprinkle<br>Georgia Bar No. 673036<br>4000 SunTrust Plaza<br>303 Peachtree Street, NE<br>Atlanta, Georgia  30308-3243<br>(404) 614-7400<br>mgoldman@hptylaw.com<br>bsprinkle@hptylaw.com<br><br>Attorneys for Cornerstone National Insurance Company | /s/ Richard E. Dolder, Jr.<br>(signed by Brian W. Sprinkle with express permission)<br>James (Jay) Sadd<br>Georgia Bar No. 622010<br>Richard E. Dolder, Jr.<br>Georgia Bar No. 220237<br>352 Sandy Springs Circle<br>Atlanta, Georgia  30328<br>(404) 255-6677<br>jay@lawyersatlanta.com<br>rich@lawyersatlanta.com<br><br>Attorneys for Nicholas Thomas |

**HARRIS PENN LOWRY LLP**

/s/ Darren W. Penn
(signed by Brian W. Sprinkle with express permission)
Darren W. Penn
Georgia Bar No.: 571322
400 Colony Square
1201 Peachtree St., NE, Ste. 900
Atlanta, Georgia  30361
(404) 961-7650
darren@hpllegal.com

Attorneys for Fanta Michelle Smalls, Individually and as Administrator of the Estate of Bryan M. Jones

11154375v.1

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **NICHOLAS THOMAS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION FILE** |
| : | **NO. 1:14-CV-01347-MHS** |
| **CORNERSTONE NATIONAL** : | |
| **INSURANCE COMPANY,** : | |
| : | |
| Defendant/Third-Party : | |
| Plaintiff, : | |
| v. : | |
| : | |
| **FANTA MICHELLE SMALLS,** : | |
| **Individually And As Administrator** : | |
| **Of The Estate Of Bryan M. Jones** : | |
| : | |
| Third-Party Defendant. : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that this pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties as follows:

James (Jay) Sadd
Richard E. Dolder, Jr.
SLAPPEY & SADD
352 Sandy Springs Circle
Atlanta, GA 30328
*Attorneys for Plaintiff*

Darren W. Penn
Madeline E. McNeeley
Kelley B. Simoneaux
HARRIS PENN LOWRY LLP
400 Colony Square
1201 Peachtree St. NE, Suite 900
Atlanta, GA 30361
*Attorneys for Third-Party Defendant*

This 10th day of November, 2014.

/s/ Brian W. Sprinkle
Brian W. Sprinkle
Georgia Bar No.: 673036

11154375v.1